UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
:
RHONDA LEVY                                        :
                                                   :
                    Plaintiff,    :    04 Civ 0398 (BSJ)
                                                   :
          v.                      :
                                  :    **STIPULATION AND**
EISNER, LLP                       :    **PROPOSED ORDER OF**
                                  :    **DISMISSAL**
                    Defendant.    :    **WITH PREJUDICE**
---------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the parties herein, that the Complaint and Jury Demand filed by Plaintiff in this Civil

Action is withdrawn with prejudice and that all claims presented in the captioned action shall be

dismissed with prejudice and without costs or attorneys' fees.

Dated: New York, New York
       April 30, 2008

VLADECK, WALDMAN, ELIAS &                PROSKAUER ROSE LLP
ENGELHARD, P.C.
                                         By: _____
By: _____                   Lloyd B. Chinn (LC-7953)
    Anne L. Clark (AC-6456)              1585 Broadway
1501 Broadway, Suite 800                 New York, New York 10036
New York, New York 10136                 (212) 969-3000
(212) 403-7300                           *Attorneys for Defendant*
*Attorneys for Plaintiff*

SO ORDERED:

_____
United States District Judge

May 20, 2008
_____
DATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/08